STATE OF NEW JERSEY v. JOHN DALLAS PERRY.

June 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. GUY LAMONT ELLIOT.

June 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. GUY LAMONT ELLIOT.

June 20, 1983.

Cross-petition for certification granted and motion for summary reversal of the judgment of the Appellate Division is granted, and the sentence imposed by the Superior Court, Law Division is reinstated. Jurisdiction is not retained.

THEODORE SAGER METH v. OAK KNOLL SCHOOL OF
THE HOLY CHILD.

June 20, 1983.

Petition for certification denied.